Phil Horowitz (State Bar #111624)
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-mail: phil@creative.net

Attorneys for Plaintiffs
Dan Golesh and Bill Eagan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN GOLESH and BILL EAGAN,<br><br>   Plaintiffs,<br><br>   v.<br><br>Morgan Stanley DW Inc.,<br>WENDI ECKARDT, and<br>DOES 1 through 50,<br>inclusive, | Case No.  C 06-05644 PJH<br><br><br>STIPULATION OF DISMISSAL<br>AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: 7-1-2007

LAW OFFICES OF PHIL HOROWITZ

by _____
Phil Horowitz
Attorneys for Plaintiffs
Dan Golesh and Bill Eagan

Dated: 7/19/07

ORRICK, HERRINGTON & SUTCLIFFE LLP

by _____
Trish Higgins
Attorneys for Defendants
Morgan Stanley DW Inc. and Wendi Eckardt

IT IS SO ORDERED
Judge Phyllis J. Hamilton
7/23/07

Stipulation of Dismissal                                         Case No. C 06-05644 PJH